AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00333 |
| Spencer Offman | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 12/1/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ _____ Spencer Offman _____ ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) Disorderly or disruptive conduct in a restricted building or grounds

40 U.S.C. § 5104(e)(2)(D) Disorderly or disruptive conduct in a Capitol building
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building

Date:   _12/01/2023_

_____
_Issuing officer's signature_

City and state:   _Washington, D.C._

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _12/04/2023_ , and the person was arrested on _(date)_ _12/20/2023_ at _(city and state)_ _Redmond, WA_ . |
| Date: _12/20/2023_  _____ _Arresting officer's signature_ |
| Joseph DeVan _Printed name and title_ |