# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Spencer Offman

_____
Defendant

)
)  Case: 1:23-mj-00333
)  Assigned to: Judge Upadhyaya, Moxila A.
)  Assign Date: 12/1/2023
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Spencer Offman                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) Disorderly or disruptive conduct in a restricted building or grounds

40 U.S.C. § 5104(e)(2)(D) Disorderly or disruptive conduct in a Capitol building
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building

Date:  12/01/2023                                           _____
                                                             *Issuing officer's signature*

City and state:       Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                             *Printed name and title*

---

### Return

This warrant was received on *(date)*  12/04/2023 , and the person was arrested on *(date)*  12/20/2023
at *(city and state)*  Redmond, WA .

Date:  12/20/2023                                          _____
                                                             *Arresting officer's signature*

                                                             Joseph DeWan
                                                             *Printed name and title*



**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

December 20, 2023

**CLERK, US DISTRICT COURT**
District of Columbia District Court
333 Constitution Avenue, N.W.,
Washington, DC 20001

Re:  Spencer Offman

Your No:  1:23-mj-333
Our No:  2:23-mj-613

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 12/20/2023, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Misha Johnson,
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Spencer Offman<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:23-mj-00333<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 12/1/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 1752(a)(2) | Disorderly or disruptive conduct in a restricted building or grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or disruptive conduct in a Capitol building |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Joseph Dewan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/01/2023

*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Case 1:23-mj-00333-MAU   Document 6   Filed 12/27/23   Page 4 of 20

Case: 1:23-mj-00333
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 12/1/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Joseph DeWan, is an FBI Special Agent assigned to the Seattle field office. In my duties as a special agent, I have investigated and participated in the investigations of criminal activity, including but not limited to: crimes against persons, crimes against property, and conspiracy against civil rights. During these investigations, I have participated in the execution of arrest warrants and search warrants during which the seizure of evidence indicating the presence of criminal violations occurred. As an FBI Special Agent, I have conducted or participated in physical surveillance, debriefings of informants, interviews, and reviews of records and recordings. From these experiences, and from related training, I have become familiar with the ways in which persons coordinate, carry out, and conceal criminal activity. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

### *The United States Capitol*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Spencer Offman's Activities on January 6, 2021*

Pursuant to a search warrant, Google provided information to the FBI that a device associated with the telephone number ending in -8239,[1] belonging to Spencer OFFMAN of Novi, MI, was located in or around the United States Capitol on January 6, 2021.

On May 19, 2021, OFFMAN was interviewed by Agents regarding his trip to Washington, D.C. in January, and he denied being around or inside the Capitol and stated that when he witnessed individuals moving barricades and participating in violence, he realized these were not the same values he shared and left the parking lot by the Capitol. OFFMAN denied going any farther than the Capitol parking lot. OFFMAN was cooperative during the interview and was open to re-contact by the FBI. The investigation was closed.

In April 2022, a tipster contacted the FBI to provide images of Spencer OFFMAN moving barricades at the Capitol, and the investigation was reopened to search for additional footage. The following images were provided to the FBI:

---

[1] The full telephone number is known to your affiant.






Agents compared OFFMAN's driver's license photo, which was consistent with the appearance of the individual identified as OFFMAN in the photographs above. Additionally, the agent/agents who interviewed OFFMAN in May 2021 connfirmed that the individual in the photographs above is OFFMAN. FBI also identified additional images of OFFMAN:





      A review of Capitol Police CCTV footage from the Senate Wing Door identified OFFMAN entering the Capitol. OFFMAN entered the U.S. Capitol at 14:53:44 and exited the Capitol at 14:59:00. OFFMAN remained in view of the camera of the Senate Wing and did not go into any other rooms. OFFMAN was observed wearing a black beanie, red bandana, black shirt, jacket and jeans and was carrying a black backpack on his back.

**Entry:**                                                          **Exit:**

 

At 14:53:44, OFFMAN entered the Capitol through one of the broken windows in the Senate Wing. OFFMAN remained near the window and took what appears to be a cell phone out of his jacket pocket. OFFMAN pointed the device at the crowd which flashed three different times. It is likely OFFMAN took three photos of the crowd in the Senate Wing with the flash on.

 

At 14:54:10, OFFMAN turned his back towards the crowd and lowered the red bandana covering his face, exposing his nose. His device's creen was facing him. He then replaced his bandana.



 

At 14:53:32, OFFMAN pointed the device at the crowd again and the device flashed..

At 14:58:50 OFFMAN began to head back toward the broken window he entered from and exited the Capitol at 14:59:00.

SA Anthony Resendiz, who interviewed Offman on May 19, 2021, reviewed CCTV footage showing Offman near the Senate Wing Door in the U.S. Capitol. He positively identified Offman as the individual indicated above.

Based on the foregoing, your affiant submits that there is probable cause to believe that Spencer Offman violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions, or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Spencer Offman violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Special Agent Joseph DeWan
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1st day of December, 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

1161992l

U.S. MARSHAL-DC PM 1:08
RECEIVED DEC 4 '23

United States of America
v.
Spencer Offman

*Defendant*

)
)
)  Case: 1:23-mj-00333
)  Assigned to: Judge Upadhyaya, Moxila A.
)  Assign Date: 12/1/2023
)  Description: COMPLAINT W/ ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Spencer Offman__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) Disorderly or disruptive conduct in a restricted building or grounds

40 U.S.C. § 5104(e)(2)(D) Disorderly or disruptive conduct in a Capitol building
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in a Capitol Building

Date: __12/01/2023__

*Issuing officer's signature*

City and state:  __Washington, D.C.__    __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        DEC 20 2023
            AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SPENCER OFFMAN,<br><br>    Defendant. | No. MJ23-614<br><br>Charging District's Case No. MJ23-356<br><br>WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER |

I, Spencer Offman, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the District of Columbia. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

    b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a. <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b. <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c. <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    ☒ an identity hearing and production of the warrant.

    ☒ a preliminary hearing in this district.

    ☐ a detention hearing in this district.

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

1     I consent to the issuance of an order directing me to appear and answer in said district
2 where the charges are pending.
3     DATED this 20th day of MONTH, 20 23.

_____       X _____
Defense Counsel                                Defendant

**ORDER OF TRANSFER**

    Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the District of _Columbia_. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

    If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

    DATED this 20 day of December 20 23.

_____
UNITED STATES MAGISTRATE JUDGE

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3

 

# United States District Court
*Western District of Washington*

UNITED STATES OF AMERICA,
vs.
## SPENCER OFFMAN

# APPEARANCE BOND
## CASE No: MJ23-613

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:
- **Court Appearances**. I must appear in court at the *United States Courthouse, 7333 Constitution Avenue, N.W., Washington, DC*; *Courtroom ZOOM*, on Tuesday, January 2, 2024 at 12:30 PM EST and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 10 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed by Pretrial Services
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at 700 Stewart St., Seattle, Washington within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

**OTHER SPECIAL CONDITIONS:**
- Submit to alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- Comply with all other court orders and terms of supervision.
- <u>Travel is restricted from the District of Columbia except for court, pretrial and attorney consultation.</u>

SPENCER OFFMAN                                                                                               MJ23-613

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _[signature]_                    **December 20, 2023**                 **Seattle, WA**
Signature                            Date Signed                          City, State

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**December 20, 2023**                          _[signature]_
Date Signed                                    John L. Weinberg
                                               UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

CLOSED,BOND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00613-JLW-1

| | |
|---|---|
| Case title: USA v. Offman | Date Filed: 12/20/2023 |
| Other court case number: 1:23-mj-00333 District of Columbia | Date Terminated: 12/20/2023 |

Assigned to: Judge John L Weinberg

**Defendant (1)**

**Spencer Offman**  represented by  **Sara Brin**
*TERMINATED: 12/20/2023*  FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Email: sara_brin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority - 18:1752(a)(1). (1) Disorderly or disruptive conduct in a | |

restricted building or grounds - 18:1752(a)(2). (2) Disorderly or disruptive conduct in a Capitol building - 40:5104(e)(2)(D). (3) Parading, Demonstrating, or Picketing in a Capitol Building - 40:5104(e)(2)(G). (4)

**Plaintiff**

**USA** represented by **Celia Ann Lee**
UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET
STE 5220
SEATTLE, WA 98101
206-553-5558
Email: celia.lee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2023 | 1 | CHARGING DOCUMENT RECEIVED from the District of Columbia as to Spencer Offman. (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | | Arrest of Spencer Offman on 12/20/2023. (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | | Case unsealed as to Spencer Offman. (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Sara Brin for Spencer Offman. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Judge John L Weinberg. *(No.pdf image attached)* (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | 4 | Minute Entry for proceedings held before Judge John L Weinberg- CRD: *T. Johnson*; AUSA: *Celia Lee*; Def Cnsl: *Sara Brin*; PTS: *Jaymie Parkhurst*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Spencer Offman held on 12/20/2023. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties in the District of Columbia. Defendant waives Identity Hearing. Court signs Order of Transfer. Parties agree with PTS recommendation for release and discuss conditions. For reasons stated on the record, defendant ORDERED released and placed on bond with special conditions. (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | 5 | Appearance Bond Entered as to Spencer Offman (1) PR with Supervision and special conditions. (cc: PTS/USPO/USMO) (TLJ) (Entered: 12/20/2023) |
| 12/20/2023 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the District of Columbia as to Spencer Offman by Judge John L Weinberg. (cc: PTS, USMO) (TLJ) (Entered: 12/20/2023) |

| 12/20/2023 | 7 | LETTER to the District of Columbia regarding Rule 5 Transfer as to defendant Spencer Offman. (TLJ) (Entered: 12/20/2023) |